IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02106-WYD-MEH

DANIELLE MARKS,

    Plaintiff,

v.

JEFFERSON B. SESSIONS, United States Attorney General, United States Department of Justice,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Danielle Marks and Defendant Jefferson B. Sessions (collectively "the Parties"), through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to dismiss this case with prejudice and, in support of the same, state as follows:

1. The Parties negotiated settlement of all claims in this case at a Settlement Conference held on September 26, 2017, with Magistrate Judge Michael E. Hegarty.

2. In light of those negotiations, the Court filed a Minute Entry for Settlement ordering the parties to file a motion to dismiss this case on or before October 31, 2017.  (Doc. 66.)

THEREFORE, the Parties stipulate that this case is dismissed with prejudice with each side to pay its/her own attorney fees and costs.

Respectfully submitted October 31, 2017.

By:

| | |
|---|---|
| s/Charlotte N. Sweeney | s/Timothy Jafek |
| Charlotte N. Sweeney | Timothy Jafek |
| Ariel B. DeFazio | Sarah Weiss |
| Sweeney & Bechtold LLC | United States Attorney's Office |
| 650 S. Cherry St., Ste. 700 | 1801 California St., Ste. 1600 |
| Denver, Colorado 80246 | Denver, CO 80202 |
| cnsweeney@sweeneybechtold.com | timothy.jafek@usdoj.gov |
| abdefazio@sweeneybechtold.com | sarah.weiss@usdoj.gov |
| Telephone: (303) 865-3733 | Telephone: (303) 454-0104 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2017, a true and correct copy of the foregoing was served on the following via CM/ECF:

Timothy Jafek
timothy.jafek@usdoj.gov

Sarah Weiss
sarah.weiss@usdoj.gov

                s/Ashley Rodriguez
                Ashley Rodriguez